UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ST. SIMONS LODGING, LLC, | : | CASE NUMBER: 15-20046 |
| | : | |
| Debtor. | : | |
| | : | |

## MOTION TO EMPLOY COUNSEL FOR THE DEBTOR

COMES NOW St. Simons Lodging, LLC, the debtor and debtor in possession in the above-captioned case (the "Debtor"), and in accordance with provisions of 11 U.S.C. § 327, files its motion to request an order permitting it to employ John A. Christy and Carole T. Hord of the law firm of Schreeder, Wheeler & Flint, LLP as counsel for the Debtor[1] and in support thereof shows this Court as follows:

1.

Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code on January 21, 2015. No trustee has been appointed and Debtor is operating its business as a debtor-in-possession.

---

[1] John A. Christy and Carole T. Hord have submitted Motion for Admission Pro Hac Vice to the Court as well.

2.

Debtor wishes to employ John A. Christy and Carole T. Hord as counsel to represent it in this bankruptcy proceeding at their standard hourly rates, as such may change from time to time. A copy of the current hourly rate schedule for Schreeder, Wheeler & Flint, LLP is attached hereto as **Exhibit "A"**.

3.

Schreeder, Wheeler & Flint, LLP has offices located at 1100 Peachtree Street, N.E., Suite 800, Atlanta, Georgia 30309-4516. John A. Christy and Carole T. Hord are experienced, qualified and competent to represent the Debtor in this proceeding. John A. Christy and Carole T. Hord are qualified to practice in the United State Bankruptcy Courts in Georgia and have the experience necessary to represent the Debtor in this case.

4.

In order for Debtor to maintain its business and property in the pending case in this Court, it will be necessary for Debtor to retain attorneys to provide various professional services. Among the services to be rendered are:

(a) Preparation of pleadings, schedules and statements of financial affairs, adversary proceedings and applications incidental to administering the Estate;

(b)  Development of the relationship and status of debtor-in-possession and handling of claims of creditors in these proceedings, all in the best interests of the Debtor, creditors and other interested parties;

(c)  Advising the debtor-in-possession of its rights, duties and obligations as a debtor-in-possession;

(d)  Performing legal services incidental and necessary to the day-to-day operation of the Debtor including, but not limited to, institution and prosecution of necessary legal proceedings, loan restructuring, general business, corporate and legal advice and assistance necessary to the proper preservation and administration of this Estate;

(e)  Taking any and all necessary actions incident to the proper preservation and administration of the Debtor and to the conduct of its business;

(f)  Preparing a plan of reorganization and disclosure statement; and

(g)  Providing post-confirmation legal services in connection with implementation of the plan.

5.

Schreeder, Wheeler & Flint, LLP, John A. Christy and Carole T. Hord are a disinterested parties as contemplated by 11 U.S.C. § 101(14), and to the best of Debtor's knowledge, said attorneys represent no interest adverse to the Debtor as to

matters upon which said attorneys are being engaged by the Debtor, and their appointment will be in the best interest of the estate. Other than as disclosed in the Statement of Disinterestedness filed herewith, Schreeder, Wheeler & Flint, LLP, John A. Christy and Carole T. Hord have no connection with the Debtor, creditor or any other party in interest, the respective attorneys and accountants, judge of this Court, the United States Trustee or any person employed by the United States Trustee except that Debtor wishes to retain John A. Christy and Carole T. Hord to represent the Debtor as counsel in this case.

WHEREFORE, Debtor requests this Court to enter an Order in accordance with the provisions of 11 U.S.C. § 327 permitting it to employ John A. Christy and Carole T. Hord with the firm of Schreeder, Wheeler & Flint, LLP as counsel on behalf of the Debtor. A proposed Order is attached hereto.

This 22 day of January, 2015.

Amanda F. Williams
Georgia Bar 760650
eamandawilliams@gmail.com

Proposed Attorney for Debtor

Amanda F. Williams Attorney at Law
5 Saint Andrews Court
Brunswick, GA 31520
(912) 289-2482

# SCHREEDER, WHEELER & FLINT, LLP

## STANDARD HOURLY RATE

### Effective January 1, 2015

|  | HOURLY RATES |
|---|---|
| **PARTNERS** | |
| Warren O. Wheeler | $425 |
| David H. Flint | $525 |
| John A. Christy | $450 |
| Mark W. Forsling | $395 |
| Leo Rose III | $415 |
| Clifford A. Barshay | $415 |
| Lynn C. Stewart | $335 |
| Debra A. Wilson | $335 |
| Scott D. McAlpine | $300 |
| Scott W. Peters | $335 |
| J. Carole Thompson Hord | $335 |
| Barry L. McGraw | $325 |
| Michael D. Flint | $350 |
| Shira A. Crittendon | $295 |
| Amy L. Haywood | $295 |
| | |
| **OF COUNSEL** | |
| Samuel F. Boyte | $375 |
| Michelle R. Kraynak | $285 |
| | |
| **ASSOCIATES** | |
| Melissa H. Cohn | $230 |
| Donna Beezhold | $250 |
| Patricia Williamson | $285 |
| Andrew J. Lavoie | $255 |
| Michael J. Eshman | $255 |
| Kelly Walsh | $245 |
| | |
| **PARALEGALS** | |
| Lawton W. Jordan | $110 |
| Kelly S. Layfield | $195 |
| Rozlan N. Tabor | $195 |

5/19/2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

IN RE: : CHAPTER 11
:
ST. SIMONS LODGING, LLC, : CASE NUMBER 15-20046
:
Debtor. :
:

ORDER ON MOTION TO EMPLOY COUNSEL FOR THE DEBTOR

This matter is before the Court on the "Motion to Employ Counsel for the Debtor" (hereinafter the "Motion"). No notice or hearing on said motion is necessary. The Motion and accompanying affidavit demonstrate that John A. Christy and Carole T. Hord with the firm of Schreeder, Wheeler & Flint, LLP are qualified to practice in this Court, that they are disinterested and represent no interest adverse to Debtor or its estate in the matters upon which they are to be engaged, and that this case justifies employment of professionals for the purpose specified. Accordingly, it is hereby

**ORDERED** that, pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Motion is **GRANTED**. Debtor is authorized to employ John A. Christy and Carole T. Hord with the firm of Schreeder, Wheeler & Flint, LLP as counsel during the Debtor's Chapter 11 case. It is further

**ORDERED**, that compensation shall be paid to counsel's firm, Schreeder, Wheeler & Flint, LLP, upon notice, hearing and approval by the court pursuant to

11 U.S.C. §§ 330 and 331 of an appropriately detailed application therefor, to be served upon the United States Trustee or in accordance with a separate order entered by the Court with respect to the compensation of professionals.

**ORDERED** that a copy of this Order shall be served upon the United States Trustee, and all creditors listed on the Creditors' Matrix in this case. The United States Trustee and any creditor or other party in interest shall have twenty (20) days from the date of entry of this Order within which to file a written objection to the entry of this Order, stating the grounds therefor. A copy of any such objection shall be served upon counsel for Debtor, addressed: John A. Christy, Schreeder, Wheeler & Flint, LLP, 1100 Peachtree Street, N.E., Suite 800, Atlanta, Georgia, 30309, jchristy@swfllp.com.

In the event an objection is filed and served as provided herein, a hearing on said objection shall be scheduled upon further order. In the event no such objection is filed and served as provided herein, this Order shall become self-executing, without further hearing or notice.

JUDGE JOHN S. DALIS
U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF
GEORGIA

Prepared and presented by:

/s/ Amanda F. Williams
Amanda F. Williams
Georgia Bar 760650
eamandawilliams@gmail.com

Amanda F. Williams Attorney at Law
5 Saint Andrews Court
Brunswick, GA 31520
(912) 289-2482

Proposed Attorney for Debtor


Copies Furnished to:

J. Carole Thompson Hord – via ECF
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516

Office of The United States Trustee
Johnson Square Business Center
Suite 725
2 East Bryan Street
Savannah, GA 31401

Amanda F. Williams
Amanda F. Williams Attorney at Law
5 Saint Andrews Court
Brunswick, GA 31520

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the within and foregoing MOTION TO EMPLOY COUNSEL FOR THE DEBTOR, STATEMENT OF DISINTERESTEDNESS PURSUANT TO 11 U.S.C. § 327 AND BANKRUPTCY RULES 2014 AND 5002 OF JOHN A. CHRISTY, STATEMENT OF DISINTERESTEDNESS PURSUANT TO 11 U.S.C. § 327 AND BANKRUPTCY RULES 2014 AND 5002 OF CAROLE T. HORD and DISCLOSURE OF COMPENSATION FOR SERVICES RENDERED PURSUANT TO BANKR. R. 2014 by placing a copy of the same in the United States Mail, with sufficient postage thereon to insure delivery, addressed as below:

Office of The United States Trustee
Johnson Square Business Center
Suite 725
2 East Bryan Street
Savannah, GA 31401

This 22 day of January, 2015.

/s/ Amanda F. Williams
Amanda F. Williams
Georgia Bar 760650

Amanda F. Williams Attorney at Law
5 Saint Andrews Court
Brunswick, GA 31520
(912) 289-2482