UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

IN RE:                              :        CHAPTER 11
                                    :
ST. SIMONS LODGING, LLC,            :        CASE NUMBER: 15-20046-JSD
                                    :
      Debtor.                       :
                                    :

DEBTOR'S MOTION TO AUTHORIZE USE OF CASH COLLATERAL

COMES NOW Debtor St. Simons Lodging, LLC, and pursuant to the provisions of 11 U.S.C. § 363(c)(2) and Bankruptcy Rule 4001(b) moves this Court for an interim and final order permitting it to use the income collected from the operation of the Ocean Lodge Hotel which may be claimed as cash collateral by The Farmers Bank and the U.S. Small Business Administration for the purposes of meeting current operating expenses, including, but not limited to: payroll, guest supplies, food and beverages, insurance, utilities and other supplies, and by separate motion filed concurrently herewith that the Court grant the Debtor an expedited preliminary hearing on this motion on the grounds that the Debtor requires the immediate use of cash collateral in order to avoid immediate and irreparably harm to the estate pending a final hearing as contemplated by Bankr. R. 4001(b)(2).

1.

On January 22, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.  Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate its business and manage its property as a debtor-in-possession.

2.

Debtor is the owner of the Ocean Lodge Hotel on St. Simons Island, Georgia ("Property").  The Property has 14 luxury suite rooms with nightly rates of $299 to $439 and a penthouse suite with a nightly rate of $679.  The Property also contains over 14,000 square feet of common space which is available for private parties and wedding events.  The Property operates an up-scale restaurant and bar.

3.

Normal operating expenses of the Property include payroll for employees, utilities, guest supplies, food and beverages, cleaning supplies and other expenses incidental to the operation of the Property and serving its guests.  Proposed thirty-seven day and two month operating budgets are attached hereto as **Exhibits "A" and "B"**.

4.

Payment of expenses are due and payable upon receipt of the merchandise or services, thereby making it essential that Debtor have access to funds with which to pay for these goods and services. Moreover, employee payroll must be funded and paid current in order to have adequate staff to serve the guests and maintain the Debtor's business.

5.

The income derived from the Property may be claimed to be cash collateral by The Farmers Bank pursuant to the Assignment of Rents and Leases dated March 12, 2008 executed by the Debtor in favor of The Farmers Bank which secures a Note in the original principal amount of $7,925,000. The income derived from the Property may be claimed to be cash collateral by the U.S. Small Business Administration pursuant to the Assignment of Rents and Leases dated March 4, 2008 which secured a Note in the original principal amount of $1,997,000.

6.

Consequently, the rents and other income to be used to pay the operating expenses as set forth in this application may be deemed to be cash collateral as contemplated within the provisions of 11 U.S.C. § 363.

7.

Pursuant to 11 U.S.C. § 363, cash collateral may be used upon Court order or consent of each entity having an interest in the cash collateral.

8.

Debtor shows this Court that if the income is cash collateral, it has not yet obtained the consent of The Farmers Bank or the U.S. Small Business Administration which may claim an interest in cash collateral.

9.

Debtor shows this Court that it is necessary for it to make use of the income immediately to maintain the estate and that there is insufficient time for a full hearing to be held before Debtor must make use of such funds, See, 11 U.S.C. § 102, and that pursuant to Bank. R. 4001(b)(2), the Debtor is entitled to a preliminary hearing permitting it to use cash collateral pending a final hearing. The Debtor's immediate and emergency need to use cash collateral is itemized in the thirty-seven day budget set forth in **Exhibit "A"**.

10.

Pursuant to the provisions of 11 U.S.C. § 363, Debtor hereby applies for an order determining that the income from its business is not cash collateral or in the alternative authorizing it to use cash collateral and further requests that this Court

grant its application at least on an interim basis after notice to interested parties as is appropriate under the circumstances of this case as contemplated by the provisions of 11 U.S.C. § 102, all in accordance with the proposed order attached hereto as **Exhibit "C"**.

WHEREFORE, Debtor moves this Court for an order authorizing the use of the income from the Property consistent with the form of the order attached hereto as **Exhibit "C"**, to pay normal operating expenses of the property as set forth on **Exhibit "B"** in order to continue to operate Property and serve the hotel guests and pursuant to **Exhibit "A"** on an emergency and interim basis pending a final hearing.

This 22 day of January, 2015.

/s/ Amanda F. Williams
Amanda F. Williams
Georgia Bar 760650
eamandawilliams@gmail.com
Proposed Attorney for Debtor

Amanda F. Williams Attorney at Law
5 Saint Andrews Court
Brunswick, GA 31520
(912) 289-2482

John A. Christy (pro hac vice admission pending)
Georgia Bar No. 125518
jchristy@swfllp.com
J. Carole Thompson Hord (pro hac vice admission pending)
Georgia Bar No. 291473
chord@swfllp.com

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
404/681-3450

## Ocean Lodge 38 day Budget
### January 22-Febuary 28

| Income | |
|---|---|
| Rooms | $ 40,000.00 |
| Food | $ 37,000.00 |
| Beverage | $ 17,000.00 |
| Rentals and Other Income | $ 6,000.00 |
| Gratuities | |
| **Total** | **$ 100,000.00** |
| | |
| **Disbursements - Operating** | |
| Advertising | $ 4,200.00 |
| Bank Charges | $ 4,000.00 |
| Contract Labor | |
| Fixed Asset Payments | |
| Insurance | $ 2,000.00 |
| Inventory Payments | |
| Leased Employees | $ 40,000.00 |
| Manufacturing Supplies | |
| Office Supplies | |
| Payroll - Net | |
| Professional Fees (Accounting & Legal) | |
| Rent | |
| Repairs & Maintenance | $ 2,000.00 |
| Secured Creditor Payments | |
| Taxes Paid -- Property | $ 4,139.00 |
| Taxes Paid - Sales & Use | $ 8,520.00 |
| Taxes Paid - Other | |
| Telephone | $ 550.00 |
| Travel & Entertainment | |
| U.S. Trustee Quarterly Fees | |
| Utilities* | $ 6,743.00 |
| Vehicle Expenses | |
| Other Operating Expenses | |
| Miscellaneous | |
| **Subtotal** | **$ 72,152.00** |
| | |
| | |
| **Other Disbursements** | |
| Food & Supplies -- Events | $ 450.00 |
| Rentals - Events | |
| Restaurant Entertainment | $ 1,100.00 |
| Guest Supplies | $ 2,000.00 |
| Merchant Account fees -- Ocean Lodge Acct | |
| Food | $ 13,000.00 |
| Beverage | $ 3,900.00 |
| Cleaning Supplies | $ 600.00 |
| Information Systems | |
| Operating Supplies | $ 1,000.00 |
| Employee Benefits | |

EXHIBIT

A

| | |
|---|---|
| Gratuities Paid Out | |
| Cost of Events - other | |
| Dues and Subscriptions | $ 175.00 |
| Casual Labor | $ 1,200.00 |
| Laundry Supplies | $ 200.00 |
| China | |
| Dishwashing Supplies | |
| Grounds M&L | $ 585.00 |
| Postage & Overnight Delivery | |
| Misc - Trade Show Travel &Health Inspec | |
| Decorations | |
| Linen | $ 1,000.00 |
| Paper & Plastics | |
| Swimming Pool Maint. | $ 350.00 |
| Training | |
| **Subtotal** | **$ 25,560.00** |
| | |
| **Total Expenses** | **$ 97,712.00** |
| **Total Income** | **$ 100,000.00** |
| **Net Income** | **$ 2,288.00** |

**March Budget**

| Income | |
|---|---|
| | |
| Rooms | $ 50,000.00 |
| Food | $ 38,000.00 |
| Beverage | $ 26,000.00 |
| Rentals and Other Income | $ 3,000.00 |
| Gratuities | |
| **Total** | **$ 117,000.00** |
| | |
| **Disbursements - Operating** | |
| Advertising | |
| Bank Charges | $ 5,000.00 |
| Contract Labor | |
| Fixed Asset Payments | |
| Insurance | $ 2,000.00 |
| Inventory Payments | |
| Leased Employees | $ 45,000.00 |
| Manufacturing Supplies | |
| Office Supplies | |
| Payroll - Net | $ 11,500.00 |
| Professional Fees (Accounting & Legal) | |
| Rent | |
| Repairs & Maintenance | $ 2,000.00 |
| Secured Creditor Payments | |
| Taxes Paid – Property | $ 4,139.00 |
| Taxes Paid - Sales & Use | $ 10,500.00 |
| Taxes Paid - Other | |
| Telephone | $ 550.00 |
| Travel & Entertainment | |
| U.S. Trustee Quarterly Fees | |
| Utilities | $ 6,703.00 |
| Vehicle Expenses | |
| Other Operating Expenses | |
| Miscellaneous | |
| **Subtotal** | **$ 87,392.00** |
| | |
| | |
| **Other Disbursements** | |
| Food & Supplies -- Events | |
| Rentals - Events | |
| Restaurant Entertainment | $ 2,000.00 |
| Guest Supplies | $ 1,600.00 |
| Merchant Account fees – Ocean Lodge Acct | |
| Food | $ 13,300.00 |
| Beverage | $ 5,980.00 |
| Cleaning Supplies | $ 750.00 |
| Information Systems | |
| Operating Supplies | $ 2,000.00 |
| Employee Benefits | |

EXHIBIT

B

| | |
|---|---|
| Gratuities Paid Out | |
| Cost of Events - other | |
| Dues and Subscriptions | |
| Casual Labor | $ 1,200.00 |
| Laundry Supplies | $ 300.00 |
| China | |
| Dishwashing Supplies | |
| Grounds M&L | $ 585.00 |
| Postage & Overnight Delivery | |
| Misc - Trade Show Travel &Health Inspec | |
| Decorations | |
| Linen | $ 1,000.00 |
| Paper & Plastics | |
| Swimming Pool Maint. | $ 350.00 |
| Training | |
| **Subtotal** | **$ 29,065.00** |
| | |
| **Total Expenses** | **$ 116,457.00** |
| **Total Income** | **$ 117,000.00** |
| **Net Income** | **$ 543.00** |

**April Budget**

| Income | |
|---|---|
| Rooms | $ 72,000.00 |
| Food | $ 45,000.00 |
| Beverage | $ 32,000.00 |
| Rentals and Other Income | $ 6,000.00 |
| Gratuities | $ 5,000.00 |
| **Total** | **$ 160,000.00** |
| | |
| **Disbursements - Operating** | |
| Advertising | |
| Bank Charges | $ 5,500.00 |
| Contract Labor | |
| Fixed Asset Payments | |
| Insurance | $ 2,000.00 |
| Inventory Payments | |
| Leased Employees | $ 50,000.00 |
| Manufacturing Supplies | |
| Office Supplies | |
| Payroll - Net | $ 28,000.00 |
| Professional Fees (Accounting & Legal) | |
| Rent | |
| Repairs & Maintenance | $ 2,000.00 |
| Secured Creditor Payments | |
| Taxes Paid – Property | $ 4,139.00 |
| Taxes Paid - Sales & Use | $ 13,950.00 |
| Taxes Paid - Other | |
| Telephone | $ 550.00 |
| Travel & Entertainment | |
| U.S. Trustee Quarterly Fees | |
| Utilities | $ 6,792.00 |
| Vehicle Expenses | |
| Other Operating Expenses | |
| Miscellaneous | |
| **Subtotal** | **$ 112,931.00** |
| | |
| | |
| **Other Disbursements** | |
| Food & Supplies – Events | |
| Rentals - Events | |
| Restaurant Entertainment | $ 2,000.00 |
| Guest Supplies | $ 2,000.00 |
| Merchant Account fees – Ocean Lodge Acct | |
| Food | $ 15,750.00 |
| Beverage | $ 7,360.00 |
| Cleaning Supplies | $ 950.00 |
| Information Systems | |
| Operating Supplies | $ 3,000.00 |
| Employee Benefits | |

| | |
|---|---|
| Gratuities Paid Out | $ 5,000.00 |
| Cost of Events - other | |
| Dues and Subscriptions | |
| Casual Labor | $ 1,200.00 |
| Laundry Supplies | $ 450.00 |
| China | |
| Dishwashing Supplies | |
| Grounds M&L | $ 585.00 |
| Postage & Overnight Delivery | |
| Misc - Trade Show Travel &Health Inspec | |
| Decorations | |
| Linen | $ 1,200.00 |
| Paper & Plastics | |
| Swimming Pool Maint. | $ 350.00 |
| Training | |
| **Subtotal** | **$ 39,845.00** |
| | |
| **Total Expenses** | **$ 152,776.00** |
| **Total Income** | **$ 160,000.00** |
| **Net Income** | **$ 7,224.00** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| ST. SIMONS LODGING, LLC, | : | CASE NUMBER: 15-20046-JSD |
| | : | |
| Debtor. | : | |
| | : | |

## ORDER ALLOWING INTERIM USE OF CASH COLLATERAL BY ST. SIMONS LODGING, LLC

St. Simons Lodging, LLC, a Georgia limited liability company ("Debtor"), having filed its Motion to Authorize Use of Cash Collateral (the "Motion"), seeking authority to utilize the cash collateral that may be claimed by The Farmers Bank and the U.S. Small Business Administration as secured creditors in this case and the Motion having come before the Court and based upon the representations contained in the Motion, the representations of Debtor, and other matters before the Court, the Court hereby finds, decrees, and orders as follows:

1.

The Debtor will suffer immediate and irreparable harm if it is not permitted to use the rents, revenues and income ("Cash Collateral") generated from the operation of The Ocean Lodge Hotel, 935 Beachview Drive, St. Simons Island,

Glynn County, Georgia 31520 (the "Property") on an interim basis pending a final hearing on the Motion.

2.

Pending the final hearing on the Motion, the Debtor shall be authorized to use the Cash Collateral to pay the expenses list on the attached **Exhibit "A"** to the Motion a copy of which is also attached hereto. The Cash Collateral shall be held in a debtor-in-possession account at a bank insured by the Federal Deposit Insurance Corporation and which is not a creditor of Debtor.

3.

Debtor shall not be permitted nor authorized to use Cash Collateral other than as expressly authorized by an order of this Court, or the written consent of The Farmers Bank and the U.S. Small Business Administration. The entry of this Order is without prejudice to The Farmers Bank and the U.S. Small Business Administration and the Debtor's ability to present further evidence and argument at the final hearing on the Motion.

4.

Pursuant to Section 363(e) of the Bankruptcy Code, this Court conditionally authorizes Debtor to use Cash Collateral on a preliminary basis, in accordance with the terms of this Order. The Court shall hold a final hearing on the Debtor's

motion at _____ o'clock ____.m. on the ____ day of February 2015 in U.S. Courthouse, 801 Gloucester Street, 3rd Floor, Brunswick, Georgia 31520. If any or all of the provisions of this Order are hereafter modified, vacated or stayed by any Order of this Court or any other court, any Cash Collateral used by Debtor pursuant to this Order prior to the effective date of such modification, stay or vacation shall be governed in all respects by the provisions of this Order.

SO ORDERED, this ____ day of January, 2015.

                                          _____

                                          JUDGE JOHN S. DALIS
                                          UNITED STATES BANKRUPTCY COURT
                                          SOUTHERN DISTRICT OF GEORGIA
                                          BRUNSWICK DIVISION

Prepared and presented by:

/s/ Amanda F. Williams
Amanda F. Williams
Georgia Bar 760650
eamandawilliams@gmail.com

Proposed Attorney for Debtor

Amanda F. Williams Attorney at Law
5 Saint Andrews Court
Brunswick, GA 31520
(912) 289-2482

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the within and foregoing DEBTOR'S MOTION TO AUTHORIZE USE OF CASH COLLATERAL by placing a copy of the same in the United States Mail, with sufficient postage thereon to insure delivery, addressed as below:

United States Trustee
Johnson Square Business Center
2 East Bryan Street
Suite 725
Savannah, Georgia  31401-2638

The Farmers Bank
202 South Main Street
P.O. Box 808
Greensboro, Georgia  30642
Attn: Mr. Sid Lane

James A. Bishop, Esq. – also served by e-mail
The Bishop Law Firm
777 Gloucester Street, Suite 404
P.O. Box 1396
Brunswick, Georgia 31521-1396
Attorney for The Farmers Bank

U.S. Small Business Administration
Georgia District Office
233 Peachtree Street, NE
Suite 1900
Atlanta, GA  30303

Mona Keith, Esq. – also served by e-mail
U.S. Small Business Administration
Georgia District Office
233 Peachtree Street, NE
Suite 1900

Atlanta, GA  30303

And also be serving all Creditors listed on the attached Creditors List.

This 22 day of January, 2015.

/s/ Amanda F. Williams
Amanda F. Williams
Georgia Bar 760650
Proposed Attorney for Debtor

Amanda F. Williams Attorney at Law
5 Saint Andrews Court
Brunswick, GA 31520
(912) 289-2482

creditors list.txt

AT&T
P.O. Box 5019
Carol Stream, IL  60197-5019


Atlantic General Contractors
P.O. Box 20569
St. Simons Island, GA  31522


Atlantic Kitchens And Home Furnishing
P.O. Box 20569
St. Simons, GA  31522


Atlantic Land & Development
P.O. Box 20569
St. Simons Island, GA  31522


BMI
P.O. Box 630893
Cincinnati, OH  45263-0893


BNB Advertising
P.O. Box 501184
Malabar, FL  32950


Brunswick Bedding And Upholstery
405 G Street
Brunswick, GA  31520


Brunswick-Glynn County Joint Water
P.O. Box 1958
Brunswick, GA  31521


Cintas
Cintas #237
P.O. Box 630910
Cincinnati, OH  45263


City Market
1510 Gloucestor Street
Brunswick, GA  31520


Clement Posey
P.O. Box 2362
Brunswick, GA  31521-4299


Comcast Business
P.O. Box 530098
Atlanta, GA  30353-0098


Comcast Business
P.O. Box 37601

Page 1

creditors list.txt

Philadelphia, PA  19101-0601

Dade Bag & Paper
4102-7 Bulls Bay Hwy
Jacksonville, FL  32219

Dell Financial Services
P.O. Box 5292
Carol Stream, IL  60197-5292

Due South Publishing, Inc.
24 Sanctuary Cove
St. Simons Island, GA  31522

Ecolab
P.O. Box 905327
Charlotte, NC  28290-5327

Ecolab Pest Elimination
26252 Network Place
Chicago, IL  60673-1262

Georgia Coast Travel Assocation
P.O. Box 501
Darien, GA  31305

Georgia Crown Distributing Company
100 Georgia Crown Drive
McDonough, GA  30253

Georgia Department Of Revenue
Sales & Use Tax Division
P.O. Box 105296
Atlanta, GA  30348-5296

Georgia Natural Gas
P.O. Box 105445
Atlanta, GA  30348-5445

Georgia Power
96 Annex
Atlanta, GA  30396-0001

Georgia Underwriting Association
415 Horizon Drive, Suite 200
Suwannee, GA  30024-3186

Glynn County Tax Commissioner
1725 Reynolds Street, Suite 300
Brunswick, GA  31520

creditors list.txt

Glynn Press
3395-E Cypress Mill Road
Brunswick, GA  31520


Golden Isles Information Center
811 Hamilton Landing Drive
St. Simons Island, GA  31522


Hambright & Associates
255 Redfern Village
St. Simons Island, GA  31522


Harbor Pines Apartments
2000 Harbor Pines Drive
St. Marys, GA  31558


Hasty's Communications
112 Key Drive
Brunswick, GA  31520


High Tide Adventures, Inc.
P.O. Box 20265
St. Simons Island, GA  31522


Ideal Corporate Marketing
237 West 35th Street, Suite 802
New York, NY  10001


IPFS Corporation
P.O. Box 412086
Kansas City, MO  64141-2086


Island Newcomers Club
P.O. Box 24242
St. Simons Island, GA  31522


Islander Newspaper
P.O. Box 20539
Brunswick, GA  31522


Joseph N. McDonough
935 Beachview Drive
St. Simons Island, GA  31522


Lighthouse Coffee Company
16 Fountain Cove
St. Simons Island, GA  31522


McCorkle & Johnson LLP
319 Tattnall Street

Page 3

creditors list.txt

Savannah, GA  31401


Pitney Bowes
P.O. Box 371874
Pittsburgh, PA  15250-7874


Premier Bride
4237 Salisbury Rd N., Bldg 2, Suite 209
Jacksonville, FL  32216


Quantum Of Brunswick, LLC
3833 US Highway 82
Brunswick, GA  31523


Ratel Communications
3517 Darien Highway, Suite B
Brunswick, GA  31525


Rent All Of Glynn Party Store
2723 Carrie Street
Brunswick, GA  31520


Republic Services
550 Young Lane
Brunswick, GA  31520


Richard C Freeman And Associates
2485 Demere Road, Suite 103-B
St. Simons Island, GA  31522


Robert Drury
103 Brunswick Avenue, Suite 200
St. Simons Island, GA  31522


SBB & Associates
4708 South Old Peachtree Road, #100-A
Norcross, GA  30071


Southern Distinction Magazine
1 Huntington Road, Suite #102
Athens, GA  30606


St. Andrews Plantation, LLC
P.O. Box 20569
St. Simons Island, GA  31522


St. Simons African American Heritage
P.O. Box 20145
St. Simons Island, GA  31522


Page 4

creditors list.txt

St. Simons Seafood
5598 Altama Avenue
Brunswick, GA  31525


The Brunswick News
P.O. Box 1557
Brunswick, GA  31521


The Farmers Bank
P.O. Box 808
Greensboro, GA  30642-0642


Thyssenkrupp Elevator Corporation
P.O. Box 933004
Atlanta, GA  31193-3004


Trout Properties LLC
227 Cornerstone Drive
Woodstock, GA  30188


U.S. Small Business Administration
Georgia District Office
233 Peachtree Street, Suite 1900
Atlanta, GA  30303


Vince Trottie
5801 Altama Avenue
Brunswick, GA  31525


WRJY-FM/Coastal Country
185 Benedict Road
Brunswick, GA  31520


WXMK-FM Magic 105.9
185 Benedict Road
Brunswick, GA  31520